IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALLY M. PERLOFF and NEIL PERLOFF<br>　　　　Plaintiffs,<br><br>　v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br>　　　　Defendant. | :<br>:<br>:<br>:<br>:　CIVIL ACTION NO. 18-4808<br>:<br>:<br>:<br>: |

# ORDER

**AND NOW,** this 13th day of August 2019, upon consideration Defendant Transamerica's Motion to Dismiss [Doc. No. 4] and the response thereto, it is hereby

**ORDERED** that the motion is **GRANTED in part** and **DENIED in part** as follows:

1. The motion is **DENIED** as to Plaintiff Sally Perloff's breach of contract claim, which may proceed.

2. The motion is **GRANTED** as to all other claims by both Plaintiffs, with prejudice.

3. This case is **DISMISSED** as to Plaintiff Neil Perloff only.

4. Transamerica shall file an answer to the remaining claim in the Complaint by **September 3, 2019.**

    It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**